The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| EMAN BAYANI, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>　　　　　Defendant. | No. 2:23-cv-00271-JHC<br><br>STIPULATION AND ORDER TO EXTEND DEFENDANT T-MOBILE USA, INC.'S TIME TO RESPOND TO THE COMPLAINT<br><br>***Noted on Motion Calendar:***<br>March 13, 2023 |

## **STIPULATION**

Plaintiff Eman Bayani ("Bayani") and Defendant T-Mobile USA, Inc. ("T-Mobile"), through their respective counsel, submit this Stipulation and [Proposed] Order to extend the time by which T-Mobile must answer or otherwise respond to Bayani's Complaint in the above-captioned matter.

WHEREAS, Bayani served the Complaint and Summons in this matter on T-Mobile on March 3, 2023;

WHEREAS, under Federal Rule of Civil Procedure 12(a)(1)(A)(i), T-Mobile's deadline to respond to the Complaint is March 24, 2023;

WHEREAS, Bayani and T-Mobile have agreed that T-Mobile should have 30 additional days, i.e., until Monday, April 24, 2023, to respond to the Complaint, *see* Fed. R. Civ. P. 6(a);

STIPULATION AND ORDER TO EXTEND TIME
TO RESPOND TO COMPLAINT (2:23-cv-00271-JHC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1   NOW THEREFORE, Bayani and T-Mobile hereby agree and stipulate that T-Mobile shall have up to and including Monday, April 24, 2023, to answer or otherwise respond to Bayani's Complaint.

DATED: March 13, 2023

|  | DAVIS WRIGHT TREMAINE LLP |
|---|---|
|  | Attorneys for Defendant T-Mobile USA, Inc. |

By: /s/ Jennifer K. Chung
Jennifer K. Chung, WSBA #51583
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-622-3150
Fax: 206-757-7700
jenniferchung@dwt.com

James H. Moon, *pro hac vice forthcoming*
Daniel H. Leigh, *pro hac vice forthcoming*
865 S. Figueroa St., Suite 2400 Los Angeles, CA 90017
Telephone: 213-633-6800
Fax: 213-633-6899
jamesmoon@dwt.com
danielleigh@dwt.com

DATED: March 13, 2023

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Elizabeth Adams
*(per email authorization)*
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
Adrienne D. McEntee, WSBA #34061
Email: amcentee@terrellmarshall.com
Elizabeth A. Adams, WSBA #49175
Email: eadams@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Joseph A. Fitapelli, *Pro Hac Vice forthcoming*
Email: jfitapelli@fslawfirm.com
Frank J. Mazzaferro, *Pro Hac Vice forthcoming*

STIPULATION AND ORDER TO EXTEND TIME
TO RESPOND TO COMPLAINT (2:23-cv-00271-JHC) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1
2
3
4
5

Email: fmazzaferro@fslawfirm.com
FITAPELLI & SCHAFFER, LLP
28 Liberty Street, 30th Floor
New York, New York 10005
Telephone: (212) 300-0375

*Attorneys for Plaintiff and the Proposed Class*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

STIPULATION AND ORDER TO EXTEND TIME
TO RESPOND TO COMPLAINT (2:23-cv-00271-JHC) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**ORDER**

Based on the foregoing Stipulation, IT IS HERBY ORDERED that Defendant T-Mobile USA, Inc. shall have up to and including Monday, April 24, 2023, to answer or otherwise respond to Plaintiff Eman Bayani's Complaint.

DATED:  March 14, 2023

_____
The Honorable John H. Chun
United States District Judge

STIPULATION AND ORDER TO EXTEND TIME
TO RESPOND TO COMPLAINT (2:23-cv-00271-JHC) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax