The Honorable John H. Chun

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10

EMAN BAYANI, individually and on behalf of all others similarly situated,

Plaintiff,

v.

T-MOBILE USA, INC.,

Defendant.

11
12
13
14
15

No. 2:23-cv-00271-JHC

STIPULATION AND
ORDER RE CASE DEADLINES

NOTE ON MOTION CALENDAR:
March 29, 2023

16

## **STIPULATION**

17
18

The parties, by and through counsel, stipulate and agree as follows:

19

1.      On February 27, 2023, Plaintiff Eman Bayani ("Bayani") commenced a putative

20

class action in this Court.  (ECF No. 1.)

21

2.      On March 14, 2023, pursuant to the parties' stipulation, the Court entered an

22

Order that Defendant T-Mobile USA, Inc. ("T-Mobile") shall have up to and including

23

Monday, April 24, 2023, to answer or otherwise respond to Bayani's Complaint.  (ECF No. 6.)

24

3.      On March 17, 2023, the Court entered an Order Regarding Initial Disclosures,

25

Joint Status Report, and Early Settlement.  (ECF No. 11.)

26
27

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1    4.    The parties have agreed to continue the deadlines in the Court's March 17, 2023

2 Order by approximately 45 days.  T-Mobile's deadline to answer or respond to the complaint

3 remains unchanged.  The parties stipulate to the continuance of the deadlines as follows:

4

5

6

7

8

9

| Event | Old Date | New Date |
|-------|----------|----------|
| Defendant's Deadline to Answer or Otherwise Respond to Plaintiff's Complaint | 04/24/2023 | 04/24/2023 |
| Deadline for FRCP 26(f) Conference | 03/31/2023 | 05/15/2023 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 04/14//2023 | 05/30/2023 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 04/21/2023 | 06/05/2023 |

10

11    IT IS SO STIPULATED.

12    DATED this 29th day of March, 2023.

13

14 Davis Wright Tremaine LLP          Terrell Marshall Law Group PLLC
   Attorneys for Defendant            Attorneys for Plaintiff

15

16

17 By: */s/Jennifer K. Chung*          By: */s/ Elizabeth A. Adams (per email*
                                            *authorization)*
18 Stephen M. Rummage, WSBA #11168     Adrienne McEntee, WSBA #34061
   Jennifer K. Chung, WSBA #51583      Elizabeth A. Adams, WSBA #49175
19 920 Fifth Avenue, Suite 3300        Beth E. Terrell, WSBA #26759
   Seattle, WA  98104                  936 N. 34th Street, Suite 300
20 Telephone: 206-622-3150             Seattle, WA 98103
   Fax: 206-757-7700                   Telephone:  206-816-6603
21 steverummage@dwt.com                Fax: 206-350-3528
   jenniferchung@dwt.com               Email: amcentee@terrellmarshall.com
22                                     Email: eadams@terrellmarshall.com
                                       Email: bterrell@terrellmarshall.com
23 James H. Moon, *pro hac vice*
   Daniel H. Leigh, *pro hac vice*
24 865 S. Figueroa St., Suite 2400
   Los Angeles, CA 90017
25 Telephone: 213-633-6800
   Fax: 213-633-6899
26 jamesmoon@dwt.com
   danielleigh@dwt.com

27

STIPULATION AND ORDER RE CASE DEADLINES
(2:23-cv-00271-JHC) - 2

## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


DATED this 29th day of March, 2023.

_____

The Honorable John H. Chun
United States District Judge

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax