The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| EMAN BAYANI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>Defendant. | No. 2:23-cv-00271-JHC<br><br>**STIPULATION AND ORDER RE CASE SCHEDULE**<br><br>NOTE ON MOTION CALENDAR: May 10, 2023 |

The parties, by and through counsel, stipulate and agree as follows:

1.  On February 27, 2023, Plaintiff Eman Bayani ("Bayani") commenced a putative class action in this Court. (ECF No. 1.)

2.  On March 14, 2023, pursuant to the parties' stipulation, the Court entered an Order that Defendant T-Mobile USA, Inc. ("T-Mobile") shall have up to and including Monday, April 24, 2023, to answer or otherwise respond to Bayani's Complaint. (ECF No. 6.)

3.  On March 17, 2023, the Court entered an Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement. (ECF No. 11.)

4.  On March 29, 2023, pursuant to the parties' stipulation, the Court entered an order continuing the case deadlines. (ECF No. 17.)

STIPULATION AND ORDER RE CASE SCHEDULE
(2:23-cv-00271-JHC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1      5.      On April 24, 2023, T-Mobile filed a Motion to Dismiss.  (ECF No. 19.)  The motion is noted for May 19, 2023.

      6.      Subject to the Court's approval, the parties have agreed to ask the Court to defer initial case deadlines by 45 days while the motion to dismiss is pending.  The parties ask that the Court adjust the case schedule as follows:

| Event | Existing Deadline | New Deadline |
|---|---|---|
| Deadline for FRCP 26(f) Conference | 05/15/2023 | 06/29/2023 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 05/30/2023 | 07/14/2023 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 06/05/2023 | 07/20/2023 |

IT IS SO STIPULATED.

DATED this 10th day of May, 2023.

Davis Wright Tremaine LLP
Attorneys for Defendant T-Mobile USA, Inc.

By:/s/  Jennifer K. Chung
Stephen M. Rummage, WSBA #11168
Jennifer K. Chung. WSBA #51583
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Tel:  (206) 622-3150
Email: steverummage@dwt.com
Email: jenniferchung@dwt.com

James H. Moon, *pro hac vice*
Daniel H. Leigh, *pro hac vice*
865 South Figueroa Street, Suite 2400
Los Angeles, CA  90017-2566
Tel:  (213) 633-6800
Email: jamesmoon@dwt.com
Email: danielleigh@dwt.com

Terrell Marshall Law Group PLLC
Attorneys for Plaintiff

By: */s/ Elizabeth A. Adams (per email authorization)*
Adrienne McEntee, WSBA #34061
Elizabeth A. Adams, WSBA #49175
Beth E. Terrell, WSBA #26759
936 N. 34th Street, Suite 300
Seattle, WA  98103-8869
Tel:  (206) 816-6603
Email: amcentee@terrellmarshall.com
Email: eadams@terrellmarshall.com
Email: bterrell@terrellmarshall.com

Frank J. Mazzaferro, *pro hac vice*
Joseph A. Fitapelli, *pro hac vice*
Fitapelli & Schaffer LLP
28 Liberty Street, 30th Floor
New York, NY  10005
Tel: (212) 300-0375
Email: fmazzaferro@fslawfirm.com
Email: jfitapelli@fslawfirm.com

STIPULATION AND ORDER RE CASE SCHEDULE
(2:23-cv-00271-JHC) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED this 10th day of May, 2023.

_____
The Honorable John H. Chun
United States District Judge

STIPULATION AND ORDER RE CASE SCHEDULE
(2:23-cv-00271-JHC) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax