THE HONORABLE JOHN H. CHUN

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EMAN BAYANI, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>T-MOBILE USA, INC.,<br><br>　　　　　Defendant. | Case No. 2:23-cv-00271-JHC<br><br>**STIPULATED MOTION AND ORDER TO EXTEND BRIEFING SCHEDULE**<br><br>**NOTED FOR CONSIDERATION:**<br>MAY 15, 2023 |

　　　　The parties, by and through counsel, stipulate and agree as follows:

　　　　1.　　On April 24, 2023, Defendant T-Mobile responded to Plaintiff's proposed class action complaint by filing a motion to dismiss. ECF No. 19. The motion raises numerous arguments in support of dismissal of Plaintiff's claims.

　　　　2.　　Plaintiff's counsel have endeavored to respond to the motion to dismiss within the ordinary briefing schedule set in the local rules. However, the number and complexity of the issues raised in the motion and counsel's other obligations have made timely completion of a response brief that fully addresses all of the issues raised difficult.

　　　　3.　　As a result, the parties have agreed that Plaintiff may have one additional week to file his response to the motion to dismiss and that Defendant may have one additional week to prepare its reply. The parties thus ask that the Court adjust the briefing deadlines as follows:

STIPULATED MOTION AND ORDER TO EXTEND
BRIEFING SCHEDULE - 1
Case No. 2:23-cv-00271-JHC

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| Event | Existing Deadline | New Deadline |
|---|---|---|
| Deadline for Plaintiff's response to Defendant's motion to dismiss | 5/15/2023 | 5/22/2023 |
| Deadline for Defendant's reply in support of motion to dismiss | 5/19/2023 | 6/2/2023 |
| Noting date for Defendant's motion to dismiss | 5/19/2023 | 6/2/2023 |

STIPULATED TO AND DATED this 15th day of May, 2023.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell
   Beth E. Terrell, WSBA #26759
   Email: bterrell@terrellmarshall.com
   Adrienne D. McEntee, WSBA #34061
   Email: amcentee@terrellmarshall.com
   Elizabeth A. Adams, WSBA #49175
   Email: eadams@terrellmarshall.com
   936 North 34th Street, Suite 300
   Seattle, Washington 98103
   Telephone: (206) 816-6603
   Facsimile: (206) 319-5450

   Joseph A. Fitapelli, *Admitted Pro Hac Vice*
   Email: jfitapelli@fslawfirm.com
   Frank J. Mazzaferro, *Admitted Pro Hac Vice*
   Email: fmazzaferro@fslawfirm.com
   FITAPELLI & SCHAFFER, LLP
   28 Liberty Street, 30th Floor
   New York, New York 10005
   Telephone: (212) 300-0375

*Attorneys for Plaintiff and the Proposed Class*

DAVIS WRIGHT TREMAINE LLP

By: /s/ James Moon
   Jennifer K. Chung, WSBA #51583
   Email: jenniferchung@dwt.com
   DAVIS WRIGHT TREMAINE LLP
   920 Fifth Avenue, Suite 3300
   Seattle, Washington 98104
   Telephone: (206) 622-3150
   Facsimile: (206) 757-7700

   Daniel H. Leigh, *Admitted Pro Hac Vice*
   Email: danielleigh@dwt.com
   James Moon, *Admitted Pro Hac Vice*
   Email: jamesmoon@dwt.com
   DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, Suite 2400
   Los Angeles, California 90017
   Telephone: (213) 633-6800

*Attorneys for Defendant*

STIPULATED MOTION AND ORDER TO EXTEND
BRIEFING SCHEDULE - 2
Case No. 2:23-cv-00271-JHC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

## I. ORDER

IT IS SO ORDERED.

DATED this 15th day of May, 2023.

_____
THE HONORABLE JOHN H. CHUN
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND
BRIEFING SCHEDULE - 3
Case No. 2:23-cv-00271-JHC

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com