THE HONORABLE JOHN H. CHUN

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EMAN BAYANI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>T-MOBILE USA, INC.,<br><br>Defendant. | Case No. 2:23-cv-00271-JHC<br><br>**STIPULATION AND ORDER REGARDING INITIAL CASE DEADLINES**<br><br>**NOTED FOR HEARING:**<br>**JUNE 22, 2023** |

### I.     STIPULATION

The parties, by and through counsel, stipulate and agree as follows:

1. On February 27, 2023, Plaintiff Eman Bayani ("Bayani") commenced a putative class action in this Court. (ECF No. 1.)

2. On March 14, 2023, pursuant to the parties' stipulation, the Court entered an Order that Defendant T-Mobile USA, Inc. ("T-Mobile") shall have up to and including Monday, April 24, 2023, to answer or otherwise respond to Bayani's Complaint. (ECF No. 6.)

3. On March 17, 2023, the Court entered an Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement. (ECF No. 11.)

4. On March 29, 2023, pursuant to the parties' stipulation, the Court entered an order continuing the case deadlines. (ECF No. 17.)

5. On April 24, 2023, T-Mobile filed a Motion to Dismiss. (ECF No. 19.)

6. On May 10, 2023, the parties stipulated to extend the initial case deadlines to allow time for the Court to rule on the motion to dismiss before commencing discovery. (ECF No. 22.)

STIPULATION AND ORDER REGARDING
INITIAL CASE DEADLINES - 1
Case No. 2:23-cv-00271-JHC

7. On May 10, 2023, pursuant to the parties' stipulation, the Court entered an order continuing the case deadlines. (ECF No. 23.)

8. The motion to dismiss is fully briefed and currently awaiting a ruling.

9. Subject to the Court's approval, the parties have agreed to ask the Court to defer initial case deadlines while the motion to dismiss is pending. The parties ask that the Court either strike the case deadlines pending a ruling on the motion to dismiss and reset them (if necessary) after issuing a ruling, or adjust the case schedule as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Deadline for FRCP 26(f) Conference | 06/29/2023 | 07/28/2023 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 07/14/2023 | 08/11/2023 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 07/20/2023 | 08/18/2023 |

STIPULATED TO AND DATED this 22nd day of June, 2023.

TERRELL MARSHALL LAW GROUP PLLC

By: Beth E. Terrell, WSBA #26759
 Beth E. Terrell, WSBA #26759
 Email: bterrell@terrellmarshall.com
 Adrienne D. McEntee, WSBA #34061
 Email: amcentee@terrellmarshall.com
 Elizabeth A. Adams, WSBA #49175
 Email: eadams@terrellmarshall.com
 936 North 34th Street, Suite 300
 Seattle, Washington 98103
 Telephone: (206) 816-6603
 Facsimile: (206) 319-5450

DAVIS WRIGHT TREMAINE LLP

By: Jennifer K. Chung, WSBA #51583
 Stephen M. Rummage, WSBA #11168
 Email: steverummage@dwt.com
 Jennifer K. Chung, WSBA #51583
 Email: jenniferchung@dwt.com
 920 Fifth Avenue, Suite 3300
 Seattle, Washington 98104
 Telephone: (206) 622-3150
 Facsimile: (206) 757-7700

STIPULATION AND ORDER REGARDING
INITIAL CASE DEADLINES - 2
Case No. 2:23-cv-00271-JHC

| | |
|---|---|
| Joseph A. Fitapelli, *Admitted Pro Hac Vice* | Daniel H. Leigh, *Admitted Pro Hac Vice* |
| Email: jfitapelli@fslawfirm.com | Email: danielleigh@dwt.com |
| Frank J. Mazzaferro, *Admitted Pro Hac Vice* | James Moon, *Admitted Pro Hac Vice* |
| Email: fmazzaferro@fslawfirm.com | Email: jamesmoon@dwt.com |
| FITAPELLI & SCHAFFER, LLP | DAVIS WRIGHT TREMAINE LLP |
| 28 Liberty Street, 30th Floor | 865 South Figueroa Street, Suite 2400 |
| New York, New York 10005 | Los Angeles, California 90017 |
| Telephone: (212) 300-0375 | Telephone: (213) 633-6800 |
| *Attorneys for Plaintiff and the Proposed Class* | *Attorneys for Defendant* |

STIPULATION AND ORDER REGARDING
INITIAL CASE DEADLINES - 3
Case No. 2:23-cv-00271-JHC

**Terrell Marshall Law Group PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

**II. ORDER**

Based on the parties stipulation, IT IS SO ORDERED.

DATED this 23rd day of June, 2023.

_____
THE HONORABLE JOHN H. CHUN
United States District Judge

STIPULATION AND ORDER REGARDING
INITIAL CASE DEADLINES - 4
Case No. 2:23-cv-00271-JHC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com