THE HONORABLE JOHN H. CHUN

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EMAN BAYANI, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>T-MOBILE USA, INC.,<br><br>　　　　　Defendant. | Case No. 2:23-cv-00271-JHC<br><br>**JOINT PROPOSED CASE SCHEDULE**<br><br>**AND ORDER** |

The parties hereby submit the following proposed case schedule taking into consideration counsel and witness calendars:

| EVENT | PROPOSED DEADLINE |
|---|---|
| Deadline for Plaintiff to file motion for leave to amend and proposed amended complaint | November 16, 2023 (per Dkt. No. 32) |
| Deadline for Defendant to file motion to dismiss amended complaint | December 7, 2023 |
| Deadline to join additional parties | February 23, 2024 |
| Deadline for discovery related to numerosity. The parties agree to stay discovery on other issues until numerosity discovery is complete. | February 23, 2024 |
| Deadline for Plaintiff to file motion for class certification | June 21, 2024 |

JOINT PROPOSED CASE SCHEDULE - 1
Case No. 2:23-cv-00271-JHC

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 ● FAX 206.319.5450
www.terrellmarshall.com

| | |
|---|---|
| Deadline for Defendant to file response to motion for class certification | July 19, 2024 |
| Deadline for Plaintiff to file reply in support of motion for class certification | August 2, 2024 |
| Deadline to complete discovery | To be scheduled within two weeks of a ruling on class certification |
| Trial date | To be scheduled within two weeks of a ruling on class certification |

The parties and their counsel have the following scheduling conflicts:

Plaintiff's counsel Elizabeth Adams is unavailable June 27 through July 7, 2024 for preplanned travel.

STIPULATED TO AND DATED this 3rd day of November, 2023.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Adrienne D. McEntee
   Beth E. Terrell, WSBA #26759
   Email: bterrell@terrellmarshall.com
   Adrienne D. McEntee, WSBA #34061
   Email: amcentee@terrellmarshall.com
   Elizabeth A. Adams, WSBA #49175
   Email: eadams@terrellmarshall.com
   936 North 34th Street, Suite 300
   Seattle, Washington 98103
   Telephone: (206) 816-6603

   Joseph A. Fitapelli, *Pro Hac Vice Pending*
   Email: jfitapelli@fslawfirm.com
   Frank J. Mazzaferro, *Pro Hac Vice Pending*
   Email: fmazzaferro@fslawfirm.com
   FITAPELLI & SCHAFFER, LLP
   28 Liberty Street, 30th Floor
   New York, New York 10005
   Telephone: (212) 300-0375

*Attorneys for Plaintiff and the Proposed Class*

DAVIS WRIGHT TREMAINE LLP

By: /s/ Jennifer K. Chung
   Jennifer K. Chung, WSBA #51583
   Email: jenniferchung@dwt.com
   920 Fifth Avenue, Suite 3300
   Seattle, Washington 98104
   Telephone: (206) 622-3150
   Facsimile: (206) 757-7700

   Daniel H. Leigh, *Admitted Pro Hac Vice*
   Email: danielleigh@dwt.com
   James Moon, *Admitted Pro Hac Vice*
   Email: jamesmoon@dwt.com
   DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, Suite 2400
   Los Angeles, California 90017
   Telephone: (213) 633-6800

*Attorneys for Defendant*

JOINT PROPOSED CASE SCHEDULE - 2
Case No. 2:23-cv-00271-JHC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

# I. ORDER

It is hereby ORDERED that the following case schedule is adopted:

| EVENT | PROPOSED DEADLINE |
|---|---|
| Deadline for Plaintiff to file motion for leave to amend and proposed amended complaint | November 16, 2023 (per Dkt. No. 32) |
| Deadline for Defendant to file motion to dismiss amended complaint | December 7, 2023 |
| Deadline to join additional parties | February 23, 2024 |
| Deadline for discovery related to numerosity.  The parties agree to stay discovery on other issues until numerosity discovery is complete. | February 23, 2024 |
| Deadline for Plaintiff to file motion for class certification | June 21, 2024 |
| Deadline for Defendant to file response to motion for class certification | July 19, 2024 |
| Deadline for Plaintiff to file reply in support of motion for class certification | August 2, 2024 |
| Deadline to complete discovery | To be scheduled within two weeks of a ruling on class certification |
| Trial date | To be scheduled within two weeks of a ruling on class certification |

Dated: November 6, 2023

_____
THE HONORABLE JOHN H. CHUN
United States District Judge

JOINT PROPOSED CASE SCHEDULE - 3
Case No. 2:23-cv-00271-JHC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com