IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EMAN BAYANI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>T-MOBILE USA, INC.,<br><br>Defendant. | Case No. 2:23-cv-00271-JHC<br><br>STIPULATION AND ORDER REGARDING INITIAL CASE DEADLINES |

## I.   STIPULATION

The parties, by and through counsel, stipulate and agree as follows:

1. On February 27, 2023, Plaintiff Eman Bayani ("Bayani") commenced a putative class action in this Court. (ECF No. 1.)

2. On April 24, 2023, T-Mobile filed a Motion to Dismiss. (ECF No. 19.)

3. On October 20, 2023, the Court issued an order granting in part and denying in part T-Mobile's Motion to Dismiss. (ECF No. 32.)

4. On November 3, 2023, the parties submitted a joint proposed case schedule that included deadlines for completing discovery on numerosity and for briefing class certification. (ECF No. 33.) The Court entered the proposed schedule on November 6, 2023. (ECF No. 34.)

5. On November 28, 2023, Plaintiff propounded discovery requests directed at the issue of numerosity on T-Mobile. After multiple agreed extensions, T-Mobile produced its initial objections and responses on January 18, 2024. The parties met and conferred on the discovery

STIPULATION AND ORDER REGARDING INITIAL
CASE DEADLINES - 1
Case No. 2:23-cv-00271-JHC

responses on February 8, 2024 and March 12, 2024. The parties agreed to informally extend the deadline for numerosity discovery while T-Mobile's counsel conferred with their client. T-Mobile provided amended responses on March 20, 2024, including a declaration that described the process T-Mobile used to identify potential class members. The parties met and conferred regarding the amended responses on March 26, 2024. T-Mobile provided further responses on April 5, 2024.

6. In light of the latest discovery responses, Plaintiff is evaluating whether further numerosity discovery is necessary and whether he will ultimately pursue this case individually or as a class action.

7. Because of the agreement to limit discovery to numerosity issues before conducting full class discovery, and the possibility that numerosity may be dispositive of class certification in this case, the parties have not yet engaged in much of the discovery that will be necessary to prepare to brief class certification. Good cause exists to defer discovery on other issues and extend the schedule for class certification briefing so that the parties may focus on resolving the numerosity issue.

8. Therefore, the parties joint request that the Court enter an order extending the class certification deadlines as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Deadline for discovery related to numerosity. The parties agree to stay discovery on other issues until numerosity discovery is complete. | 2/23/2024 | 6/21/2024 |
| Plaintiff's motion for class certification | 6/21/2024 | 9/20/2024 |
| Defendants' response to class certification motion | 7/19/2024 | 10/18/2024 |
| Plaintiff's reply in support of motion for class certification | 8/2/2024 | 11/1/2024 |

STIPULATION AND ORDER REGARDING INITIAL
CASE DEADLINES - 2
Case No. 2:23-cv-00271-JHC

STIPULATED TO AND DATED this 24th day of April, 2024.

| TERRELL MARSHALL LAW GROUP PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: */s/ Elizabeth A. Adams* | By: */s/ Jennifer K. Chung* |
| Beth E. Terrell, WSBA #26759 | Stephen M. Rummage, WSBA #11168 |
| Email: bterrell@terrellmarshall.com | Email: steverummage@dwt.com |
| Adrienne D. McEntee, WSBA #34061 | Jennifer K. Chung, WSBA #51583 |
| Email: amcentee@terrellmarshall.com | Email: jenniferchung@dwt.com |
| Elizabeth A. Adams, WSBA #49175 | 920 Fifth Avenue, Suite 3300 |
| Email: eadams@terrellmarshall.com | Seattle, Washington 98104 |
| 936 North 34th Street, Suite 300 | Telephone: (206) 622-3150 |
| Seattle, Washington 98103 | |
| Telephone: (206) 816-6603 | Daniel H. Leigh, *Admitted Pro Hac Vice* |
| | Email: danielleigh@dwt.com |
| FITAPELLI & SCHAFFER, LLP | James Moon, *Admitted Pro Hac Vice* |
| | Email: jamesmoon@dwt.com |
| Joseph A. Fitapelli, *Admitted Pro Hac Vice* | 865 South Figueroa Street, Suite 2400 |
| Email: jfitapelli@fslawfirm.com | Los Angeles, California 90017 |
| Frank J. Mazzaferro, *Admitted Pro Hac Vice* | Telephone: (213) 633-6800 |
| Email: fmazzaferro@fslawfirm.com | |
| 28 Liberty Street, 30th Floor | *Attorneys for Defendant* |
| New York, New York 10005 | |
| Telephone: (212) 300-0375 | |

*Attorneys for Plaintiff and the Proposed Class*

STIPULATION AND ORDER REGARDING INITIAL
CASE DEADLINES - 3
Case No. 2:23-cv-00271-JHC

## II. ORDER

Based on the parties' stipulation, IT IS SO ORDERED.

DATED this 24th day of April, 2024.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER REGARDING INITIAL
CASE DEADLINES - 4
Case No. 2:23-cv-00271-JHC