IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EMAN BAYANI, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>T-MOBILE USA, INC.,<br><br>        Defendant. | Case No. 2:23-cv-00271-JHC<br><br>**STIPULATED MOTION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**NOTED FOR CONSIDERATION:**<br>OCTOBER 17 2024 |

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Eman Bayani and Defendant T-Mobile USA, Inc. in the above-captioned matter stipulate to and jointly request that the Court enter an order dismissing with prejudice all of Plaintiff's claims in this action against T-Mobile and without award of fees or costs to either party.

//

//

//

//

//

//

STIPULATED MOTION AND ORDER FOR
VOLUNTARY DISMISSAL WITH PREJUDICE - 1
Case No. 2:23-cv-00271-JHC

STIPULATED TO AND DATED this 17th day of October, 2024.

| TERRELL MARSHALL LAW GROUP PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: */s/ Elizabeth A. Adams* <br> Beth E. Terrell, WSBA #26759 <br> Email: bterrell@terrellmarshall.com <br> Adrienne D. McEntee, WSBA #34061 <br> Email: amcentee@terrellmarshall.com <br> Elizabeth A. Adams, WSBA #49175 <br> Email: eadams@terrellmarshall.com <br> 936 North 34th Street, Suite 300 <br> Seattle, Washington 98103 <br> Telephone: (206) 816-6603 <br> Facsimile: (206) 319-5450 <br><br> Joseph A. Fitapelli, *Admitted Pro Hac Vice* <br> Email: jfitapelli@fslawfirm.com <br> Frank J. Mazzaferro, *Admitted Pro Hac Vice* <br> Email: fmazzaferro@fslawfirm.com <br> FITAPELLI & SCHAFFER, LLP <br> 28 Liberty Street, 30th Floor <br> New York, New York 10005 <br> Telephone: (212) 300-0375 <br><br> *Attorneys for Plaintiff and the Proposed Class* | By: */s/ Jennifer K. Chung* <br> Stephen M. Rummage, WSBA #11168 <br> Email: steverummage@dwt.com <br> Jennifer K. Chung, WSBA #51583 <br> Email: jenniferchung@dwt.com <br> 920 Fifth Avenue, Suite 3300 <br> Seattle, Washington 98104 <br> Telephone: (206) 622-3150 <br> Facsimile: (206) 757-7700 <br><br> Daniel H. Leigh, *Admitted Pro Hac Vice* <br> Email: danielleigh@dwt.com <br> James Moon, *Admitted Pro Hac Vice* <br> Email: jamesmoon@dwt.com <br> DAVIS WRIGHT TREMAINE LLP <br> 865 South Figueroa Street, Suite 2400 <br> Los Angeles, California 90017 <br> Telephone: (213) 633-6800 <br><br> *Attorneys for Defendant* |

STIPULATED MOTION AND ORDER FOR
VOLUNTARY DISMISSAL WITH PREJUDICE - 2
Case No. 2:23-cv-00271-JHC

**ORDER**

IT IS SO ORDERED.

Dated: <u>October 17, 2024</u>

*[signature: John H. Chun]*

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER FOR
VOLUNTARY DISMISSAL WITH PREJUDICE - 3
Case No. 2:23-cv-00271-JHC

STIPULATED MOTION AND ORDER FOR
VOLUNTARY DISMISSAL WITH PREJUDICE - 3
Case No. 2:23-cv-00271-JHC